# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HORIZON KINETICS LLC, HORIZON KINETICS ASSET MANAGEMENT LLC, SOFTVEST ADVISORS, LLC, AND SOFTVEST, L.P., | § § § § § | No. 478, 2023 |
| Defendants-Below, Appellants, | § § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § § | C.A. No. 2022-1066 |
| TEXAS PACIFIC LAND CORPORATION, | § § § § § | |
| Plaintiff-Below, Appellee. | § § | |

Submitted: February 21, 2024
Decided: February 26, 2024

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## **ORDER**

This 26th day of February, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Post-Trial Opinion dated December 1, 2023, and the Final Order and Judgment dated December 18, 2023, entering final judgment in favor of plaintiff-below, appellee Texas Pacific Land Corporation.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Abigail M. LeGrow
Justice

2